DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANE M. DeGEORGE** and **MICHAEL K. DeGEORGE,**
Appellants,

v.

**ALWAYS TRAVEL WITH US, INC.,** d/b/a VACATION VILLAGE
VOYAGES, a Florida corporation,
Appellee.

No. 4D16-4354

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 16-001501.

Jared H. Beck, Elizabeth Lee Beck and Beverly Virues of Beck & Lee Trial Lawyers, Miami, for appellants.

John H. Pelzer of Greenspoon Marder, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***